CHARLES L. MAKWINSKI v. STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY.

May 17, 1977. Petition for certification granted.

STATE OF NEW JERSEY v. JEFFREY B. COLEMAN.

May 17, 1977. Petition for certification denied.

URBAN LEAGUE OF ESSEX COUNTY v. MAHWAH TWP.

May 17, 1977. Petition for certification denied. (See 147 *N. J. Super.* 28)

STATE OF NEW JERSEY v. NAOMI GIBSON.

May 17, 1977. Petition for certification denied.

JOSEPH BERTONE v.
MAYOR AND COUNCIL OF THE TOWN OF SECAUCUS.

May 17, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES CAESAR.

May 17, 1977. Petition for certification denied.